JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TRACY C. M., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | No. 2:23-cv-00022-AB-BFM <br><br> **JUDGMENT** |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Commissioner's denial of benefits is reversed, and this action is remanded to Defendant for further proceedings consistent with the Report and Recommendation.

DATED: September 5, 2023

_____
HONORABLE ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE